

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00478-CV

**IN THE INTEREST OF R.E.C.** and **O.S.H.T.**, Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01178
Honorable Kimberly Burley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Mother is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is presumed indigent under Texas Family Code section 107.013(e).

SIGNED January 29, 2025

Rebeca C. Martinez, Chief Justice